# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

UNITED STATES OF AMERICA
V.
Eric Baldwin

Case Number:  4:12CR00014-002-SWW
USM  62724-112

**Date of Original Judgment:**  February 8, 2013

**Date of Previous Amended Judgment:**  December 18, 2014
*(Use Date of Last Amended Judgment if Any)*

N/A
Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of 86 months **is reduced to 70 months.**

Except as provided above, all provisions of the judgment dated February 8, 2013 will remain in effect.

**IT IS SO ORDERED.**

Order Date: 12/22/2014

/s/Susan Webber Wright
United States District Judge

Effective Date: November 1, 2015
        *(If different from order date)*